CHARLES H. DEDRICK, Respondent, *v.* MORRIS SCHINASI, Appellant.

First Department, November 9, 1917.

See head note in *Dedrick* v. *Schinasi* (*ante*, p. 763).

APPEAL by the defendant, Morris Schinasi, from a judgment of the Supreme Court in favor of the plaintiff, entered in the office of the clerk of the county of New York on the 14th day of March, 1917, upon the verdict of a jury for $500, and also from an order entered in said clerk's office on the 15th day of March, 1917, denying defendant's motion for a new trial made upon the minutes.

*Walter L. Glenney*, for the appellant.

*Abraham P. Wilkes*, for the respondent.

PER CURIAM:

For the reasons stated in *Dedrick* v. *Schinasi* (179 App. Div. 763), decided herewith, the judgment and order appealed from must be reversed and the complaint dismissed, with costs to appellant in this court and the court below.

Present — CLARKE, P. J., SCOTT, SMITH, DAVIS and SHEARN, JJ.

Judgment and order reversed, with costs, and complaint dismissed, with costs.